UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL R. FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY CLERK IN FRESNO, et al.,<br><br>    Defendants. | Case No.: 1:25-cv-00216-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>Doc. 6 |

Plaintiff Darrel R. Fisher is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to obey a court order directing him to submit an application to proceed in forma pauperis or to pay the filing fee in full, and for failure to prosecute. Doc. 6. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* at 6. Plaintiff filed timely objections. Doc. 7. Plaintiff's objections do not address plaintiff's failure to pay the filing fee or to file an application to proceed in forma pauperis.

Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the matter, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued April 15, 2025, Doc. 6, are adopted in full;
2. This action is dismissed without prejudice for plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 1, 2025

UNITED STATES DISTRICT JUDGE

2